■

**Leslee Silverman TABAS and Richard S. Tabas, Petitioners**

v.

**MAIN LINE HEALTH, INC., Lankenau Hospital a/k/a Lankenau Medical Center, John J. Lynch, III, Daniel C. Lazowick, D.O., Jerome Santoro, M.D., Thomas P. Sollecito, D.M.D., Phillip D. Robinson, Fache W. Randall Russell, M.D., Main Line Health Home Care and Hospice, Mountain Laurel Risk Retention Group, Inc., Respondents**

**No. 469 MAL 2017**

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**

■

**Tyrice GRIFFIN, Petitioner**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent**

**No. 488 MAL 2017**

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**R.A.S., Petitioner**

**No. 462 MAL 2017**

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jeffrey B. CLARKE, Petitioner**

**No. 463 MAL 2017**

Supreme Court of Pennsylvania.

January 3, 2018